STATE OF CONNECTICUT *v.* LATONE JAMES

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 903 (AC 25514), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Latone James*, pro se, in support of the petition.

Decided July 12, 2005

STATE OF CONNECTICUT *v.* TROY LITTLE

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 708 (AC 25590), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided July 12, 2005